JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD YUK WONG,<br><br>    Defendant. | CR 04-20157 JF<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER<br><br>San Jose Venue |

    1.    It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Donald Yuk Wong, Nancy Yamini, that, subject to the Court's approval, the sentencing hearing presently set for May 7, 2008 at 9:00 a.m. be continued and set for sentencing hearing status on June 11, 2008 at 9:00 a.m.

    2.    The defendant Donald Wong pled guilty pursuant to a plea agreement on June 1, 2004, to one count of Wire Fraud, in violation of 18 U.S.C. § 1343. The case was referred to probation for a presentence report. The plea agreement also includes the standard terms of cooperation.

STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER
CR 04-20157 JF

3. In light of continuing cooperation under the terms of the plea agreement, the parties jointly request that the sentencing hearing set for May 7, 20008, be continued for a sentencing hearing on June 11, 2008. Additional time is needed for the defendant to complete his cooperation with the government.

4. Specifically, a grand jury has returned a ten-count indictment against Allen Tam. That case, captioned <u>United States v. Allen Tam</u>, CR 06-0208 RMW, is currently assigned to The Honorable Ronald M. Whyte. The two cases have not been related. Judge Whyte previously set trial dates of July 9, 2007, January 28, 2008, and March 24, 2008 for the <u>Tam</u> case. However, in June 2007, the defendant Tam retained new counsel, who moved to vacate the July 9, 2007 trial date and to set a briefing schedule for motions. That motion was granted. In December 2007, new counsel for the defendant Tam also requested that the January 28, 2008 be vacated. That motion was granted over the government's objection. On February 25, 2008, the parties jointly requested a continuance of the trial date to April 21, 2008. The trial has since been continued to April 30, 2008. The <u>Tam</u> case is now set to proceed to trial on that date, and the government anticipates that it will so proceed. The defendant herein, Donald Wong, will be called to testify at that trial.

5. The defendant Donald Wong continues to operate under the truthful cooperation terms of his plea agreement. The parties jointly request that this Court delay sentencing until such time as the defendant Donald Wong has had a meaningful opportunity to complete his cooperation with the government's investigation. Further, the parties need further time to address sentencing issues, and the presentence report has not yet been finalized.

6. For all of these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for May 7, 2008 and set a sentencing hearing for June 11, 2008 at 9:00 a.m. The assigned probation officer, Benjamin Flores, has been consulted with respect to this date and has indicated that he is available on that date. The government has also confirmed

///

///

STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER
CR 04-20157 JF
2

1  that the Court is available on that date.

2  So Stipulated.

3  Dated this 24th day of April, 2008

KYLE F. WALDINGER
Assistant United States Attorney

5  So Stipulated.

6  Dated this 23rd day of April, 2008

NANCY YAMINI
Attorney for defendant Donald Wong

## ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing hearing presently set for May 7, 2008 at 9:00 a.m. be continued to June 11, 2008 at 9:00 a.m. for a sentencing hearing. The parties and the probation officer are ordered to ensure that the presentence report is completed before that date in compliance with the Federal Rules of Criminal Procedure and the Local Rules.

Dated this ___ day of April, 2008

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER
CR 04-20157 JF                           3