```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  KYLE F. WALDINGER (ILSB 6238304)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, 11th Floor
 6     San Francisco, California 94102
       Telephone: (415) 436-6830
 7     Facsimile: (415) 436-7234

 8  Attorneys for Plaintiff
```

 9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

| | |
|---|---|
| 12  UNITED STATES OF AMERICA,        ) | CR 04-20157 JF |
| 13                                   ) | |
|                                      ) | STIPULATION TO CONTINUE |
| 14              Plaintiff,           ) | SENTENCING HEARING AND |
|                                      ) | [PROPOSED] ORDER |
| 15       v.                          ) | |
|                                      ) | |
| 16  DONALD YUK WONG,                 ) | |
|                                      ) | San Jose Venue |
| 17                                   ) | |
|             Defendant.               ) | |
| 18  _____) | |

19

20        1.   It is hereby stipulated by and between counsel for the United States, Assistant

21   U.S. Attorney Kyle F. Waldinger, and counsel for defendant Donald Yuk Wong, Nancy Yamini

22   and Oren Rosenthal, that, subject to the Court's approval, the sentencing hearing presently set for

23   October 1, 2008, at 9:00 a.m. be continued and set for sentencing hearing status on November 5,

24   2008, at 9:00 a.m.

25        2.   The defendant Donald Wong pled guilty pursuant to a plea agreement on June 1,

26   2004, to one count of Wire Fraud, in violation of 18 U.S.C. § 1343. Following that, the

27   defendant Wong cooperated in the United States' investigation and prosecution of Allen Tam.

28   STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER
     CR 04-20157 JF

Mr. Tam pleaded guilty in April 2008 to wire fraud charges before the Honorable Ronald M. Whyte in case number CR 06-0208 RMW. Sentencing in the Tam matter was initially set for September 29, 2008.

3. On June 11, 2008, the parties appeared before the Court in this matter. At that time, the Court indicated that it wished to continue sentencing for the defendant Wong until after the defendant Tam had been sentenced before Judge Whyte. The parties jointly requested a new sentencing date of October 1, 2008.

4. On September 22, 2008, counsel for Allen Tam moved to continue the Tam sentencing until October 27, 2008. The United States expects that Judge Whyte will grant that request for a continuance based on the unavailability of Tam's counsel.

5. Accordingly, the parties herein jointly request that this Court continue sentencing for Donald Wong until November 5, 2008. Counsel for Mr. Wong resides in the Los Angeles area and both parties believe that continuing the matter by stipulation to November 5, 2008, will avoid the need for defense counsel to incur the expense of traveling to the Bay Area for the currently set sentencing date of October 1, 2008.

6. For all of these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for October 1, 2008, and set a sentencing hearing for November 5, 2008, at 9:00 a.m. The assigned probation officer, Benjamin Flores, has been consulted with respect to this date and has indicated that he is available on that date. The government has also confirmed that the Court is available on that date.

So Stipulated.
Dated this 25th day of September, 2008

KYLE F. WALDINGER
Assistant United States Attorney

So Stipulated.
Dated this 24th day of September, 2008

NANCY YAMINI
OREN ROSENTHAL
Attorneys for defendant Donald Wong

STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER
CR 04-20157 JF                                      2

**ORDER**

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing hearing presently set for October 1, 2008, at 9:00 a.m. be continued to November 5, 2008, at 9:00 a.m. for a sentencing hearing.

Dated this 30th day of September, 2008

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE