JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04-20157 JF |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER |
| v. | |
| DONALD YUK WONG, | San Jose Venue |
| Defendant. | |

    1.    It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Donald Yuk Wong, Nancy Yamini and Oren Rosenthal, that, subject to the Court's approval, the sentencing hearing presently set for November 5, 2008, at 9:00 a.m. be continued and set for sentencing hearing status on January 21, 2009, at 9:00 a.m.

    2.    The defendant Donald Wong pled guilty pursuant to a plea agreement on June 1, 2004, to one count of Wire Fraud, in violation of 18 U.S.C. § 1343. Following that, the defendant Wong cooperated in the United States' investigation and prosecution of Allen Tam.

STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER
CR 04-20157 JF

Mr. Tam pleaded guilty in April 2008 to wire fraud charges before the Honorable Ronald M. Whyte in case number CR 06-0208 RMW.  Sentencing in the Tam matter was initially set for September 29, 2008.

4.	3.	On June 11, 2008, the parties appeared before the Court in this matter.  At that time, the Court indicated that it wished to continue sentencing for the defendant Wong until after the defendant Tam had been sentenced before Judge Whyte.  The parties jointly requested a new sentencing date of October 1, 2008.

4.	On September 22, 2008, counsel for Allen Tam moved to continue the Tam sentencing until October 27, 2008.  Judge Whyte granted that request based on the unavailability of Tam's counsel.  On October 21, 2008, counsel for Allen Tam again requested additional time to prepare for sentencing due to the fact that the government was requesting a sentence of imprisonment of 8 months and given that the defendant was contesting issues of loss amount and role in the offense.  Judge Whyte has now continued the Tam sentencing to January 12, 2009.

5.	Accordingly, the parties herein jointly request that this Court continue sentencing for Donald Wong until January 21, 2009.  Counsel for Mr. Wong resides in the Los Angeles area and both parties believe that continuing the matter by stipulation to January 21, 2009, will avoid the need for defense counsel to incur the expense of traveling to the Bay Area for the currently set sentencing date of November 5, 2008.

6.	For all of these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for November 5, 2008, and set a sentencing hearing for January 21, 2009, at 9:00 a.m.  The assigned probation officer, Benjamin Flores, has been consulted with

///

///

///

///

///

///

STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER
CR 04-20157 JF                                     2

respect to this date and has indicated that he is available on that date.  The government has also confirmed that the Court is available on that date.

So Stipulated.

Dated this 27th day of October, 2008      /s/
KYLE F. WALDINGER
Assistant United States Attorney

So Stipulated.

Dated this 27th day of October, 2008      /s/
NANCY YAMINI
OREN ROSENTHAL
Attorneys for defendant Donald Wong

**O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing hearing presently set for November 5, 2008, at 9:00 a.m. be continued to January 21, 2009, at 9:00 a.m. for a sentencing hearing.

Dated this 3rd day of ~~October~~ November, 2008

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER
CR 04-20157 JF                      3