JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD YUK WONG, ) <br> ) <br> Defendant. ) | CR 04-20157 JF <br><br> STIPULATION TO CONTINUE SENTENCING HEARING AND [~~PROPOSED~~] ORDER <br><br> San Jose Venue |

     1.    It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Donald Yuk Wong, Nancy Yamini and Oren Rosenthal, that, subject to the Court's approval, the sentencing hearing presently set for January 21, 2009, at 9:00 a.m. be continued and set for sentencing hearing status on April 1, 2009, at 9:00 a.m.

     2.    The defendant Donald Wong pled guilty pursuant to a plea agreement on June 1, 2004, to one count of Wire Fraud, in violation of 18 U.S.C. § 1343. Following that, the defendant Wong cooperated in the United States' investigation and prosecution of Allen Tam.

STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER
CR 04-20157 JF

Mr. Tam pleaded guilty in April 2008 to wire fraud charges before the Honorable Ronald M. Whyte in case number CR 06-0208 RMW.  Sentencing in the Tam matter was initially set for September 29, 2008.

3. On June 11, 2008, the parties appeared before the Court in this matter.  At that time, the Court indicated that it wished to continue sentencing for the defendant Wong until after the defendant Tam had been sentenced before Judge Whyte.  The parties jointly requested a new sentencing date of October 1, 2008.

4. On September 22, 2008, counsel for Allen Tam moved to continue the Tam sentencing until October 27, 2008.  Judge Whyte granted that request based on the unavailability of Tam's counsel.  On October 21, 2008, counsel for Allen Tam again requested additional time to prepare for sentencing due to the fact that the government was requesting a sentence of imprisonment of 8 months and given that the defendant was contesting issues of loss amount and role in the offense.  Judge Whyte continued the Tam sentencing to January 12, 2009.

5. On January 9, 2009, the defendant Tam filed a motion seeking yet again (and over the government's objection) to continue the sentencing date.  Tam advised the Court that he may seek to withdraw his guilty plea.  On January 12, 2009, the parties appeared before Judge Whyte, at which time Judge Whyte set a date of February 23, 2009 for either sentencing, or a hearing on a motion to withdraw the plea that Tam may file.  If Tam does file a motion to withdraw his guilty plea, and if that motion is granted, then the defendant Donald Wong's testimony will be required at trial.

6. Accordingly, the parties herein jointly request that this Court continue sentencing for Donald Wong until April 1, 2009.  Counsel for Mr. Wong resides in the Los Angeles area and both parties believe that continuing the matter by stipulation to April 1, 2009, will avoid the need for defense counsel to incur the expense of traveling to the Bay Area for the currently set sentencing date of January 21, 2009.

7. For all of these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for January 21, 2009, and set a sentencing hearing for April 1,

2009, at 9:00 a.m.  The assigned probation officer, Benjamin Flores, has been consulted with respect to this date and has indicated that he is available on that date.  The United States has previously determined from reviewing the Court's publicly posted scheduling information that the Court is currently available for a hearing on that date.

So Stipulated.

Dated this 20th day of January, 2009           /s/
                                                       KYLE F. WALDINGER
                                                       Assistant United States Attorney

So Stipulated.

Dated this 20th day of January, 2009           /s/
                                                       NANCY YAMINI
                                                       Attorneys for defendant Donald Wong

**O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing hearing presently set for January 21, 2009, at 9:00 a.m. be continued to April 1, 2009, at 9:00 a.m. for a sentencing hearing.

Dated this 21st day of January, 2009

                                         HONORABLE JEREMY FOGEL
                                         UNITED STATES DISTRICT JUDGE